BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PETER THOMPSON HSBN 5890
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8959
    Facsimile: (415) 744-0134
    E-Mail: Peter.Thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VELMA GREEN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-CV-01911 GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED, by and between the parties that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment. This matter was recently transferred to the undersigned Counsel for the Commissioner; previous counsel has departed the Regional Office for agency headquarters in Baltimore. The Commissioner was unable to meet the previous due date of February 29, 2012. The new due date will be March 30, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

\\

\\

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: March 9, 2012 | /s/ |
| 3 |   | (As authorized via telephone on March 9, 2012)<br>ANN CERNEY<br>Attorney for Plaintiff |
| 4 |   |   |
| 5 | Dated:  March 8, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 6 |   | DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| 7 |   | Social Security Administration |
| 8 |   | */s/ Peter Thompson*<br>PETER THOMPSON |
| 9 |   | Special Assistant United States Attorney |

ORDER

APPROVED AND SO ORDERED:

Dated: March 12, 2012

　　　　　　　　　　　　　　　　　 /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/Green1911.eot.wpd