1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON HSBN 5890
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8959
       Facsimile:  (415) 744-0134
7      E-Mail: Peter.Thompson@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13 VELMA GREEN,                )
                               )   CIVIL NO. 2:11-CV-01911 GGH
14      Plaintiff,             )
                               )
15          v.                 )   STIPULATION AND ORDER TO EXTEND
                               )   TIME
16 MICHAEL J. ASTRUE,          )
   Commissioner of             )
17 Social Security,            )
                               )
18      Defendant.             )
   _____)

19

20      IT IS HEREBY STIPULATED, by and between the parties that Defendant shall have a first

21 extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment.  This matter was

22 recently transferred to the undersigned Counsel for the Commissioner; previous counsel has departed the

23 Regional Office for agency headquarters in Baltimore.  The Commissioner was unable to meet the

24 previous due date of February 29, 2012.  The new due date will be March 30, 2012.

25      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

26      Counsel apologizes to the Court for any inconvenience caused by this delay.

27 \\

28 \\

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: March 9, 2012 | /s/<br>(As authorized via telephone on March 9, 2012)<br>ANN CERNEY<br>Attorney for Plaintiff |
| Dated:  March 8, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | */s/ Peter Thompson*<br>PETER THOMPSON<br>Special Assistant United States Attorney |

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: March 12, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Green1911.eot.wpd

Stip. & Prop. Order to Extend: 2:11-CV-01911 GGH Answer to Complaint