# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| VELMA L. GREEN, | Case No. 2:11-cv-01911-AC |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA) (Stipulation),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS ($4,800.00) subject to the terms of the Stipulation.

DATED: August 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;gree1911.fees.stip